## MOTION DOCKET

**86-512.** State v. Byrd. *Hamilton County,* No. C-830676. Reported at 32 Ohio St. 3d 79, 512 N.E. 2d 611. On motion to transmit record. Motion denied.

**86-1130.** State v. Zuern. *Hamilton County,* No. C-840803. Reported at 32 Ohio St. 3d 56, 512 N.E. 2d 585. On motion to transmit record. Motion denied.

**88-302.** Elyria v. Schramm. *Lorain County,* No. 4244. On motion for findings of fact and conclusions of law. Motion denied.

**88-774.** State v. Boston. *Summit County,* No. 13107. On motion for leave to file *amicus* of Ohio Assn. of Criminal Defense Lawyers, and Ohio Public Defender. Motion granted.

**88-1356.** State v. Bates. *Franklin County,* No. 87AP-278. On motion to consolidate with 88-1546, *State* v. *Bates,* Franklin County No. 87AP-278. Motion denied.

**88-1363.** Holiday Inns, Inc. v. Limbach. Appeal from the Board of Tax Appeals, Nos. 86-F-222 and 86-F-223. On motion to dismiss. Motion to dismiss overruled.

**88-1372.** Schell v. Globe Trucking, Inc. *Ottawa County,* No. OT-87-27. On motion for leave to file *amicus* of Ohio Manufacturers Assn. Motion granted.

**88-1647.** Upper Ohio Valley Presbytery v. Covenant Presbyterian Church. *Jefferson County,* No. 87-J-3. On motion for leave to file memorandum in support instanter. Motion denied.

Sweeney, Holmes and Douglas, JJ., dissent.

**88-1674.** In re Marshall. *Columbiana County,* No. 88-C-37. On motion for leave to file memorandum in support instanter. Motion granted.

**88-1752.** State, ex rel. Joyner, v. Carney. *Mahoning County,* No. 87 C.A. 186. On motion for leave to file memorandum in support instanter. Motion denied.

Holmes and H. Brown, JJ., dissent.

**88-1793.** Woodside Terrace Mobile Home Owners v. Woodside Terrace Co., Ltd. *Lucas County,* No. L-87-350. On motion to dismiss. Motion to dismiss overruled. On motion for leave to file memorandum in support instanter. Motion granted.

**88-1794.** State, ex rel. Harris Graphics Corp., v. Indus. Comm. *Franklin County,* No. 87AP-1032. On joint motion to consolidate with 87-622, *State, ex rel. Eaton Corp.,* v. *Lancaster.* Motion granted.

**88-1798.** State v. Rodman. *Morrow County,* No. CA-677. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and H. Brown, JJ., dissent.